IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOHN WAYNE BRIDGEWATER                                              PLAINTIFF

                    v.                    Civil No.  11-5204

DEPUTY ROLAND, Benton County
Detention Center                                                   DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

This is a civil rights action filed by the Plaintiff under the provisions of 42 U.S.C. § 1983.

Plaintiff proceeds *pro se* and *in forma pauperis.*

Plaintiff has filed a motion to dismiss (Doc. 12) this case.  He indicates he no longer wishes to proceed with this lawsuit and that he was not pressured into making this decision.  I therefore recommend that the motion to dismiss (Doc. 12) be granted and the case dismissed.

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 7th day of February 2012.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE