```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
```

**JOHN WAYNE BRIDGEWATER**                                        **PLAINTIFF**

      **v.**             **Civil No. 11-5204**

**DEPUTY ROLAND, Benton County**
**Detention Center**                                              **DEFENDANTS**

### O R D E R

NOW on this 1st day of March 2012, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (Doc. 13), filed on February 7, 2012, to which no objections have been filed. The Court has reviewed the Report and Recommendation and finds in sound in all respects and it will, therefore, be adopted it *in toto.*

**IT IS THEREFORE ORDERED** that the **Report and Recommendation of the Magistrate Judge** (Doc. 13) is hereby **adopted in *toto*;**

**IT IS FURTHER ORDERED** that plaintiff's **Motion to Dismiss** (Doc. 12) is hereby **granted** and this case is hereby **dismissed without prejudice.**

**IT IS SO ORDERED.**

                                          **/s/ Jimm Larry Hendren**
                                          **HON. JIMM LARRY HENDREN**
                                          **UNITED STATES DISTRICT JUDGE**